UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA </br></br> v. </br></br> LUIS ALFREDO BAEZ, </br></br> Defendant | Criminal No.  20cr10131 </br></br> Violation: </br></br> Count One: Unlawful Reentry of Deported Alien </br> (8 U.S.C. § 1326) |

INDICTMENT

COUNT ONE
Unlawful Reentry of Deported Alien
(8 U.S.C. § 1326)

The Grand Jury charges:

On or about June 22, 2020, in or about Boston, in the District of Massachusetts, the defendant,

LUIS ALFREDO BAEZ

being an alien and having been excluded, removed, and deported from the United States on or about July 7, 2006, was found in the United States without having received the express consent of the Secretary of the Department of Homeland Security to reapply for admission to the United States.

All in violation of Title 8, United States Code, Section 1326(a); and Title 6, United States Code, Sections 202(3)-(4) and 557.

A TRUE BILL

_____
FOREPERSON


_____
KENNETH G. SHINE
ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF MASSACHUSETTS

District of Massachusetts: JULY 15, 2020
Returned into the District Court by the Grand Jurors and filed.

/s/ Noreen A. Russo
_____
DEPUTY CLERK
at 4:02 PM